CHANGE OF Address

Kim Blandino

Case #s  2:21-cv-01262-JAD-EJY
Blandino v Federico

2:22-cv-00562-GMN-EJY

Please change address on
Both cases to
Kim Blandino
C/O 441 N 16th St
Las Vegas, NV 89101