AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Kim Blandino,

             Plaintiff,

v.

Michael Federico, et al.,

             Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-01262-JAD-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered in favor of Defendants, Michael Federico and Kenneth Mead, against Plainitiff, Kim Blandino. This case is now closed.

| | |
|---|---|
| February 27, 2023 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ T. Wallace |
| | Deputy Clerk |