UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 16 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KIM BLANDINO,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>Mr. MICHAEL FEDERICO, Attorney and KENNETH MEAD, Detective of LVMPD and Member of FBI Taskforce,<br><br>　　　　Defendants - Appellees. | No. 23-3931<br><br>D.C. No. 2:21-cv-01262-JAD-EJY<br>District of Nevada,<br>Las Vegas<br><br>ORDER |
| KIM BLANDINO,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>MICHAEL FEDERICO,<br><br>　　　　Defendants - Appellant,<br><br>　and<br><br>KENNETH MEAD,<br><br>　　　　Defendant. | No. 23-4073<br><br>D.C. No. 2:21-cv-01262-JAD-EJY<br>District of Nevada,<br>Las Vegas |

The parties' stipulated motion (Docket Entry No. 4 in No. 23-3931; Docket

Entry No. 3 in No. 23-4073) for voluntary dismissal of these cross-appeals is

granted. Appeal Nos. 23-3931 and 23-4073 are dismissed. Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court for appeal Nos. 23-3931 and 23-4073.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT